UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:18-cr-60-FtM-38MRM

JACQUE A. RUSSELL

## **ORDER**

Under the Court's Administrative Order, Case No. 8:20-mc-25 (Doc. 1), which implements the Coronavirus Aid, Relief, and Economic Security Act ("CARES"), the Court may conduct the Final Hearing on Revocation of Supervised Release by video conferencing with Defendant **JACQUE A. RUSSELL'S** consent after he confers with counsel.

Accordingly, it is

**ORDERED:**

(1) On or before **FRIDAY, AUGUST 7, 2020, AT NOON**, counsel for Defendant **JACQUE A. RUSSELL** must file a written notice advising the Court:

    a. whether Defendant, after consulting with defense counsel, consents to proceed with the Final Hearing on Revocation of Supervised Release by video conferencing and by telephone if video is not reasonably available;

    b. why delaying the Final Hearing on Revocation of Supervised Release will result in serious harm to the interests of justice; and

    c. the Government's position on a videoconference Final Hearing on Revocation of Supervised Release.

(2) If Defendant's counsel advises that Defendant consents to proceed with the hearing by video conferencing, the Clerk is **DIRECTED** to provide all hearing participants with instructions for joining the hearing.

(3) The Court will address the specific findings required by the CARES Act at the video conference hearing.

**DONE AND ORDERED** in Fort Myers, Florida on this 31st day of July 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All counsel of record