UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                                  CASE NO.: 2:18-cr-60-FtM-38MRM

JACQUE A. RUSSELL
                                                          /

**ORDER[1]**

This matter comes before the Court on sua sponte review of the file. On September 3, 2020, this Court issued an order directing the issuance of an arrest warrant for Jacque A. Russell based on a superseding petition for violations of conditions of supervision. (Doc. 37). On September 2, 2020, Magistrate Judge Nicholas P. Mizell entered an order directing the issuance of an arrest warrant for Mr. Russell for violation of the conditions of his release (Doc. 32).

A final hearing regarding the revocation of the defendant's supervised release was held on September 10, 2020, at which time Defendant Jacque A. Russell was sentenced to a term of six months imprisonment for the violations (counts 1 – 5) of the conditions of his supervised release contained in the superseding petition. (Doc. 42). The undersigned consulted with Magistrate Judge Nicholas P. Mizell regarding the violations and concludes that the September 3, 2020 arrest warrant issued by this Court (Doc. 38) sufficiently addresses both the violation of release and the violation(s) of supervision,

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

which contain to the same allegation. The Court, therefore, **DISMISSES** the arrest warrant issued for violation of release.

Accordingly, it is now

**ORDERED:**

The September 2, 2020 arrest warrant issued by Magistrate Judge Nicholas P. Mizell (Doc. 33) is **DISMISSED**. The Clerk is **DIRECTED** to **DISMISS** the arrest warrant and make a notation of such on the docket.

**DONE AND ORDERED** in Fort Myers, Florida on this 11th day of September 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record